In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-17-00419-CV

_____

IN RE OFFSHORE EXPRESS, INC.; OFFSHORE SPECIALTY
FABRICATORS, LLC; OFFSHORE INTERNATIONAL GROUP;
OFFSHORE SHIPBUILDING, INC.; AVID, LLC; AVID AIR, LLC;
FAIRWAYS, INC.; FAIRWAYS EXPLORATION AND PRODUCTION,
LLC; PISCO PORTÓN, LLC; AND FS AIR SERVICE, INC.

Original Proceeding
60th District Court of Jefferson County, Texas
Trial Cause No. B-199,953-A

**ORDER**

Relators, Offshore Express, Inc.; Offshore Specialty Fabricators, LLC;

Offshore International Group; Offshore Shipbuilding, Inc.; Avid, LLC; Avid Air,

LLC; Fairways, Inc.; Fairways Exploration and Production, LLC; Pisco Portón,

LLC; and FS Air Service, Inc., filed a petition for a writ of mandamus and a motion

for temporary relief seeking to compel the trial court to hold a hearing on Relators'

motion to dissolve a writ of garnishment and rule upon the motion. *See* Tex. R. App. P. 52.1, 52.10(a).

It appears a notice of bankruptcy has been filed in the trial court. This proceeding is abated for administrative purposes only, and will be treated as a closed case unless timely reinstated by proper motion. *See* Tex. R. App. P. 8.2.

ORDER ISSUED November 7, 2017.

PER CURIAM

Before McKeithen, C.J., Kreger and Johnson, JJ.